IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:25-CR-21-D-RJ-2

UNITED STATES OF AMERICA

v.

DYRON RUSH

Order

This matter is before the Court on Defendant's Unopposed Motion to Hold Case in Abeyance. For good cause shown, the above-captioned case is hereby held in abeyance until the court rules on the pending petition for a writ of error coram nobis filed in *United States v. Dyron Rush*, 7:02-CR-46. The deadline for filing objections to the draft presentence investigation report shall be no sooner than fourteen (14) days after a decision is entered on the coram nobis petition. The sentencing hearing in this matter shall be reset by notice.

This __3__ day of November, 2025.

JAMES C. DEVER III
United States District Judge