IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:25-CR-21-D-RJ-2

UNITED STATES OF AMERICA

v.

DYRON RUSH

ORDER

Before the Court is Defendant's motion to seal Docket Entry Number 95 pursuant to Local Criminal Rule 55.2.

For the reasons stated in Defendant's motion, the Court finds good cause exists.

Accordingly, the motion is ALLOWED and Docket Entry Number 95 shall be filed under seal.

SO ORDERED. This __31__ day of March, 2026.

James C. Dever III
United States District Judge