IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:25-CR-21-D-RJ-2

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DYRON RUSH | ORDER |

Before the Court is Defendant's motion to seal Docket Entry Number 106 pursuant to Local Criminal Rule 55.2.

For the reasons stated in Defendant's motion, the Court finds good cause exists. Accordingly, the motion is ALLOWED and Docket Entry Number 106 shall be filed under seal.

SO ORDERED. This 13 day of August, 2026.

J. Dever
James C. Dever III
United States District Judge